IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE H. RILEY, Individually and as Personal Representative of the Estate of James Lewis Turley<br>3238 13th Street, S.E., #102<br>Washington, D.C. 20032<br><br>      Plaintiff,<br><br>v.<br><br>CONAGRA FOODS,<br>One Central Park Plaza<br>Omaha, NE 68012<br><br>      Defendant. | Case No.:_____ |

## CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

I, the undersigned counsel of record for ConAgra Foods, Inc. (improperly named in Plaintiff's Complaint as "ConAgra Foods"), that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of ConAgra Foods, Inc. which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record for ConAgra Foods, Inc.

_/s/ Amy Miller_

Amy Miller (DC Bar No. 473517)
McGuireWoods LLP
1750 Tysons Boulevard, Suite 1800
McLean, Virginia 22102-4215
(703) 712-5079
(703) 712-5193 (facsimile)
amiller@mcguirewoods.com

Jessica E. Morrison (DC Bar No. 479482)
McGuireWoods LLP
7 Saint Paul Street
Suite 1000
Baltimore, Maryland 21202-1671
(410) 659-4542
(410) 659-4540 (facsimile)
jmorrison@mcguirewoods.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2008, a true copy of the foregoing was mailed, postage prepaid, to Eric R. Rosenberg, Rosenberg & Fayne, L.L.P., 5402 Kenilworth Avenue, Riverdale, MD 20737.

_____
Amy Miller

\6369735.2