## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LOUISE H. RILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1155 (ESH) |
| ) | |
| CONAGRA FOODS, ) | |
| ) | |
| Defendant. ) | |

## ORDER

The Court having been advised that the Judicial Panel on Multidistrict Litigation has ordered that this case be transferred to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Clerk of the Court is hereby directed to administratively close this case pending further Order of this Court.

    **SO ORDERED**.

                                                                                                  /s/  
                                                                   ELLEN SEGAL HUVELLE  
                                                                   United States District Judge

Date: July 21, 2008