

| | | |
|---|---|---|
| Katherine Snuffer/DCD/DC/USCOURTS | To | Jacqueline M. Francis/DCD/DC/USCOURTS@USCOURTS |
| 08/13/2008 10:26 AM | cc | |
| | bcc | |
| | Subject | Fw: 1:08-cv-1155 ESH - MDL Transfer Case |

Hi Jackie,   Below is the MDL transfer request from the Court.



| | | |
|---|---|---|
| Anthony Ricciardi/GAND/11/USCOURTS | To | Katherine Snuffer/DCD/DC/USCOURTS@USCOURTS |
| 08/13/2008 09:21 AM | cc | |
| | Subject | 1:08-cv-1155 |

Hi Katherine,

Attached is a copy of the certified order from the MDL Panel.  Please send us your case electronically through CM/ECF.

Thanks again for your assistance

07md1845 cto-23.pdf

Anthony Ricciardi
(404) 215-1670