Inasmuch as no objection is pending at this time, the stay is lifted.

AUG - 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JUL 17 2008

FILED IN CLERK'S OFFICE
U.S.D. FILED
CLERK'S OFFICE

AUG - 7 2008

JAMES N. HATTEN, CLERK
By: J. Graverose, Deputy Clerk

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION

MDL No. 1845

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-23)

On July 17, 2007, the Panel transferred 17 civil actions to the United States District Court for the Northern District of Georgia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 495 F.Supp.2d 1381 (J.P.M.L. 2007). Since that time, 214 additional actions have been transferred to the Northern District of Georgia. With the consent of that court, all such actions have been assigned to the Honorable Thomas W. Thrash, Jr.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Georgia and assigned to Judge Thrash.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Georgia for the reasons stated in the order of July 17, 2007, and, with the consent of that court, assigned to the Honorable Thomas W. Thrash, Jr.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Georgia. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

ATTEST: A TRUE COPY
CERTIFIED THIS
AUG 13 2008
James N. Hatten, Clerk
By: Deputy Clerk

**IN RE: CONAGRA PEANUT BUTTER**
**PRODUCTS LIABILITY LITIGATION**                                         MDL No. 1845


### SCHEDULE CTO-23 - TAG-ALONG ACTIONS


**DIST. DIV. C.A. #**            **CASE CAPTION**

ARKANSAS EASTERN
 ~~ARE  2  08-128~~             ~~Debra A. Akins, et al. v. ConAgra Foods, Inc., et al.~~  Vacated 7/30/08

DISTRICT OF COLUMBIA
 DC   1  08-1155                Louis H. Riley, etc. v. ConAgra Foods, Inc.

FLORIDA MIDDLE
 ~~FLM  3  08-623~~             ~~Deidra P. Proveaux, etc. v. ConAgra Foods, Inc.~~  Opposed 7/31/08

ILLINOIS SOUTHERN
 ~~ILS  3  08-444~~             ~~Mark Burris, et al. v. ConAgra Foods, Inc.~~  Vacated 8/4/08

LOUISIANA MIDDLE
 LAM  3  08-405                 Bridgette Jefferson v. ConAgra Foods, Inc.

IN RE: CONAGRA PEANUT BUTTER
PRODUCTS LIABILITY LITIGATION                                      MDL No. 1845

## INVOLVED COUNSEL LIST (CTO-23)

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
150 4th Avenue North, Suite 1650
Nashville, TN 37219-2423

G. Rick DiGiorgio
CORY WATSON CROWDER & DEGARIS PC
2131 Magnolia Avenue, Suite 200
P.O Box 55927
Birmingham, AL 35255-5972

B. Michael Easley
EASLEY & HOUSEAL PA
P.O. Box 1115
Forrest City, AR 72336-1115

Michael P. Glisson, Sr.
WILLIAMSON WEBSTER ET AL
603 Henry Street
Alton, IL 62002

Bradford D. Kimbro
HOLLAND & KNIGHT LLP
100 N. Tampa Street, Suite 4100
P.O. Box 1288
Tampa, FL 33601-1288

Amy Miller
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
McLean, VA 22102-4215

Michael J. Remondet, Jr.
JEANSONNE & REMONDET
200 West Congress Street
Suite 1100
P.O. Box 91530
Lafayette, LA 70509

Eric Chase Roberson
MCGUIREWOODS LLP
50 North Laura Street
Suite 3300
Jacksonville, FL 32202

Eric F. Rosenberg
ROSENBERG & FAYNE LLP
5402 Kenilworth Avenue
Riverdale, MD 20737

Robert H. Smalley, III
MCCAMY PHILLIPS TUGGLE
 & FORDHAM LLP
P.O. Box 1105
Dalton, GA 30722

A. Wendel Stout, III
DEUTSCH KERRIGAN & STILES
755 Magazine Street
New Orleans, LA 70130-3672

Erik M. Tadda
TADDA LAW FIRM
4660 O'Neal Lane, Suite A
Baton Rouge, LA 70816

Joseph D. Varner, III
KNOPIK VARNER MOORE
One Harbour Place
777 S. Harbour Island Blvd.
Suite 800
Tampa, FL 33602

Jason H. Wales
EVERETT & WALES
P.O. Box 8370
Fayetteville, AR 72703-8370

James H. Walsh
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4030

Michael L. Young
HEPLER BROOM MACDONALD
HEBRANK ET AL
800 Market Street
Suite 2300
St. Louis, MO 63101-2029

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

*RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta AUG - 7 2008 JAMES N. HATTEN, Clerk By: [signature]*

August 4, 2008

James N. Hatten, Clerk
2217 Richard B. Russell Fed. Bldg. & U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303-3309

Re: MDL No. 1845 -- IN RE: ConAgra Peanut Butter Products Liability Litigation

(See Attached CTO-23)

Dear Mr. Hatten:

I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on July 17, 2008. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By [signature]
Tanisha Spinner
Deputy Clerk

Attachment

cc: Transferee Judge:    Judge Thomas W. Thrash, Jr.
    Transferor Judges:   Judge Ellen Segal Huvelle; Judge Ralph E. Tyson
    Transferor Clerks:   Nancy Mayer-Whittington; Nicholas Joseph Lorio

JPML Form 36