

| | | |
|---|---|---|
| **ganddb_efile_notice@gand.uscourts.gov** | To | InterdistrictTransfer_DCD@dcd.uscourts.gov |
| 08/14/2008 08:57 AM | cc | |
| | bcc | |
| | Subject | Transferred case has been opened |

CASE: 1:08-cv-01155

DETAILS: Case transferred from District of Columbia has been opened in Northern District of Georgia as case 1:08-cv-02608, filed 08/14/2008.